IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-494-D

NEUSE RIVERKEEPER FOUNDATION, INC., )
and WATERKEEPER ALLIANCE, INC.,      )
                                     )
              Plaintiffs,            )
                                     )
      v.                             )     ORDER
                                     )
DUKE ENERGY PROGRESS, INC.,          )
                                     )
              Defendant.             )

On July 27, 2015, defendant filed a consent motion to hold motions in abeyance [D.E. 46]. The consent motion concerns defendant's pending motion to dismiss for failure to state a claim [D.E. 28] and motion to stay [D.E. 35]. The consent motion [D.E. 46] is GRANTED. The motions [D.E. 28, 35] will be held in abeyance until September 30, 2015. Defendant shall notify the court of any ruling from the North Carolina courts that impact the need to rule on the pending motion to dismiss and motion to stay.

SO ORDERED. This 28 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge